# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CHRISTOPHER MILLER #109083                                PLAINTIFF

V.             No. 3:19CV00318-LPR-JTR

KEVIN MOLDER, Sheriff,
Poinsett County Detention Center, *et al.*                  DEFENDANTS

## **ORDER**

Plaintiff Christopher Miller ("Miller") is incarcerated in the Poinsett County Detention Center. On November 6, 2019, he filed this *pro se* § 1983 action alleging that Defendants Sheriff Kevin Molder, Chief Deputy/Jail Administrator Steve Roex, and Assistant Jail Administrator Trish Marshall have violated his constitutional rights by failing to provide nutritionally adequate meals. *Doc. 2*.

Miller's Complaint in this case is almost identical to the Amended Complaint he filed, on October 25, 2019, in another § 1983 lawsuit against the same Defendants. *See Miller v. Molder, et al.,* E.D. Ark. No. 3:19cv00275-DPM-JJV, *doc. 4.*. On November 4, 2019, the Court determined that Miller's Amended Complaint in No. 3:19cv00275-DPM-JJV pled a plausible § 1983 inadequate nutrition claim and, accordingly, ordered that Defendants be served with summons and the Amended Complaint. *Id., doc. 5.*

Miller cannot bring identical claims in two separate cases. The Court may dismiss a prisoner's § 1983 action, upon § 1915A screening,[1] if it is duplicative of a previously filed claim. *See Gearheart v. Sarrazine,* 553 Fed. Appx. 659, 659-60 (8th Cir. 2014) (affirming preservice dismissal of prisoner's claims that were duplicative of those in another pending action); *Aziz v. Burrow,* 976 F.2d 1158, 1158-59 (8th Cir. 1992) (affirming dismissal of "duplicative complaint raising issues directly related to issues in another pending action brought by the same party").

Before dismissing this case as duplicative of No. 3:19cv00275-DPM-JJV, the Court will allow Miller thirty (30) days to file an Amended Complaint, *in this action,* that brings claims that are *different* from the inadequate nutrition claim raised in No. 3:19cv00275-DPM-JJV. If Miller timely files an Amended Complaint in this action, the Court will rule on his IFP motion (*Doc. 1)* and screen his claims pursuant to § 1915A. Miller is advised that, if he does not file an Amended Complaint in this case, it will be administratively closed and no filing fee will be assessed.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to mail Miller a § 1983 complaint form that is labeled "Amended Complaint."

2. Miller must file, **within thirty days of the date of this Order,** an

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).

Amended Complaint that complies with the instructions in this Order. If he does not timely and properly do so, this case will be administratively closed as duplicative of Case No. 3:19cv00275-DPM-JJV.

IT IS SO ORDERED this 18th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE