**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

CHRISTOPHER MILLER                                                            PLAINTIFF
#109083

V.                                     No. 3:19-CV-00318-LPR-JTR

KEVIN MOLDER, Sheriff,
Poinsett County Detention Center, *et al.*                          DEFENDANTS

## **ORDER**

Plaintiff Christopher Miller ("Miller") has filed a Notice indicating that he is currently residing at a private address in Truman, Arkansas. *Doc. 6*. If he wishes to continue pursuing this lawsuit, he must file an updated *in forma pauperis* application or pay the $400 filing fee for this action.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to mail Miller a free-world Application to Proceed *In Forma Pauperis.*

2.      If Miller wishes to continue pursuing this lawsuit, he must, **within fourteen (14) days of the date of this Order,** either: (a) file a completed free-world Application to Proceed *In Forma Pauperis;* or (b) pay the filing fee for this action. If he does not comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

DATED this 19th day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE