IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER MILLER**                                                                                  **PLAINTIFF**

**V.**                                 **Case No. 3:19-cv-00318-LPR**

**KEVIN MOLDER, Sheriff,**
**Poinsett County Detention Center;**
**STEVE ROEX, Chief Deputy/Jail Administrator,**
**Poinsett County Detention Center;**
**TRISH MARSHALL, Assistant Jail Administrator,**
**Poinsett County Detention Center;**
**and DOYLE RAMEY, Jail Supervisor,**
**Poinsett County Detention Center**                                                                  **DEFENDANTS**

## ORDER

Christopher Miller ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 and a Motion for Leave to Proceed *In Forma Pauperis* on November 6, 2019, while he was incarcerated in the Poinsett County Detention Center. (Docs. 1 & 2). He later filed a notice of change of address indicating that he had been released from custody and was residing at a private address. (Doc. 6).

On October 19, 2020, the Court entered an Order directing Plaintiff, if he wished to continue pursuing this lawsuit, to either pay the filing fee or file an updated free-world application to proceed *in forma pauperis*. (Doc. 7). The Court warned Plaintiff that his failure to comply with the Order would cause his case to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the October 19, 2020 Order, and the time for doing so has passed.

Accordingly, Plaintiff's case is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 1) is DENIED as moot.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 2nd day of December, 2020.

                                                          LEE P. RUDOFSKY  
                                                        UNITED STATES DISTRICT JUDGE