# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTOPHER MILLER**                                                                              **PLAINTIFF**

**V.**                          **Case No. 3:20-cv-00318-LPR**

**KEVIN MOLDER, Sheriff,**
**Poinsett County Detention Center;**
**STEVE ROEX, Chief Deputy/Jail Administrator,**
**Poinsett County Detention Center;**
**TRISH MARSHALL, Assistant Jail Administrator,**
**Poinsett County Detention Center;**
**and DOYLE RAMEY, Jail Supervisor,**
**Poinsett County Detention Center**                                                                **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order that was entered on December 2, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 2nd day of December, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE